# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. SHAMAR SWINTON**

Docket No. 3:01CR00179(SRU)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Christopher Rogers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shamar Swinton. who was sentenced to 62 months' imprisonment, for a violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(iii), and (b)(1)(B)(ii) by the Honorable Stefan R. Underhill U.S. District Judge, sitting in the court at Bridgeport, Connecticut on January 24, 2003, who fixed the period of supervision at five years which commenced on October 3, 2006 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall obtain substance treatment as an in/outpatient including random testing and monitoring as determined by the U.S. Probation; the defendant shall pay some or all of the costs of substance treatment based on his ability to pay as determined by the U.S. Probation Office; 2) The defendant shall participate in a program approved by the U.S. Probation Office for mental health treatment, either inpatient or outpatient. The defendant shall pay all or a portion of the costs associated with his treatment in an amount to be determined by the U.S. Probation Office; and, 3) The defendant shall participate in educational/vocational training as approved by the U.S. Probation Office.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No.1 Standard Condition:** "The defendant shall not commit another Federal, State, or local crime."

An investigation was conducted by the Bridgeport Police Department involving the defendant and his brother. On February 13, 2007, a search warrant was executed at the defendant's residence, and evidence was seized consisting of 118.4 grams of crack cocaine, and 46.2 grams of heroin labeled "Black Label-Death Before Dishonor." In addition, one Winchester .45 auto live round of ammunition was found. A digital scale, with drug residue, and a razor with drug residue was also discovered during the search and seizure. Mr. Swinton was charged with Possession of Narcotics, Possession With Intent to Sell Within 1500 Feet of a Housing Project, and Possession of Drug Paraphernalia. The defendant's bond was set at $125,000, and as of this writing, his next court date is pending. He remains detained on the state charges.

**Charge No.2 Standard Condition:** "The defendant shall notify the probation officer within 72 hours of being arrested."

The defendant failed to contact the probation officer and notify the probation officer of his arrests.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue and be lodged as a detainer with the period of supervision tolled.

### ORDER OF COURT

Considered and ordered this 5th day of March day of February, 2007 and ordered filed and made a part of the records in the above case.

Stefan R. Underhill
United States District Judge

Sworn to By

Christopher Rogers
United States Probation Officer

Place Bridgeport, Connecticut

Date March 5, 2007

Before me, the Honorable Stefan R. Underhill, United States District Judge, on this 5th day of February March, 2007, at Bridgeport, Connecticut, U.S. Probation Officer Christopher Rogers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

Stefan R. Underhill
United States District Judge